UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID JACOBSON                                    CIVIL ACTION

VERSUS                                            NO. 09-3695

MARLIN GUSMAN, ET AL.                             SECTION: "B"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Orleans Parish Criminal Sheriff's Department, the "Medical Department," the "Legal Advisor System," the unidentified public defender, and the unidentified director of the public defender's office are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion for Class Action Certification," Rec. Doc. 12, is **DENIED**.

New Orleans, Louisiana, this 26th day of August, 2009.

UNITED STATES DISTRICT JUDGE