UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID JACOBSON | CIVIL ACTION NO. 09-3695<br>DIVISION "B" |
| VERSUS | JUDGE IVAN L. R. LEMELLE |
| MARLIN N. GUSMAN, ET AL | MAGISTRATE (1)<br>JUDGE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S RESPONSE TO MOTION TO COMPEL FILED BY PLAINTIFF**

**NOW INTO COURT,** through undersigned counsel comes defendant, Marlin N. Gusman, the Criminal Sheriff of Orleans Parish, who responds to Plaintiff's Motion to Compel Discovery (See Doc. Rec. No. 24) for the following reasons:

Plaintiff has alleged that Defendant has failed to provide responses to his discovery directed at Samuel Gore and Mark Terral. Defendant objected to the discovery as being directed to non-parties which is not allowed in the Federal Rules of Civil Procedure. (See Doc. Rec. No.18 and 19)

Therefore, Plaintiff's Motion to Compel as moot since the discovery he is attempting to compel was improperly directed at persons not made parties to this litigation.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

By: s/Timothy R. Richardson
    FREEMAN R. MATTHEWS, (LSBN 9050)
    TIMOTHY R. RICHARDSON, (LSBN 27625)
    1615 Poydras Street, Suite 1250
    New Orleans, Louisiana 70112
    Tel: (504) 592-4600 Fax: (504) 592-4641
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of September, 2009, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

By: s/Timothy R. Richardson
TIMOTHY R. RICHARDSON