UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID JACOBSON                                    CIVIL ACTION

VERSUS                                            NO. 09-3695

MARLIN GUSMAN, ET AL.                             SECTION: "B"(1)

## ORDER

The Clerk was previously directed to withhold issuance of summons until further order of the Court. Rec. Doc. 3. The Clerk is now directed to issue summons as to the City of New Orleans **only**.

New Orleans, Louisiana, this twenty-seventh day of October, 2009.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE