DAVID JACOBSON
3000 PERDIDO
NEW ORLEANS, LA 70119

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 2 3 2009

LORETTA G. WHYTE
Clerk

HONORABLE SALLY SHUSHANE
UNITED STATES DISTRICT
COURT MAGISTRATE E.D. LA
500 POYDRAS ST
NEW ORLEANS, LA 70130

TENDERED FOR FILING

OCT 2 3 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

RE: DAVID JACOBSON V. MARLIN GUSMAN
NO: 09-3695 B(1)

HONORABLE SHUSHANE:

I HOPE THIS INQUIRY FINDS YOU WELL. THE DEFENDANTS HAVE TRANSFERRED ME TO THE HOUSE OF DETENTION. THE CONDITIONS ADEQUATELY DESCRIBED. HOWEVER, MARK TERELL NOW REFUSES TO PROVIDE THE LEGAL ADVISORY SERVICES NECESSARY TO FINISH DISCOVER, WILL NOT HONOR REQUEST FOR CASES CITING "YOU ALREADY RECENTLY RECIEVED LEGAL ADVISORY SERVICES". SINCE SEPTEMBER 23, 2009, I'VE RECIEVED SERVICES ONCE. MOREOVER, THE DEFENDANT WILL NOT PROVIDE APR FORM 1 TO ACCESS THE LEGAL ADVISORY SERVICES.

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc. No._____

I WAS UNABLE TO WRITE COUNSEL JOHN H. THOMAS OF MARTIN

Regan Jr. and Associates, and Honorable Karen Harmen Appointed Counsel, the Public Defender Office, denied my motion, and indicated I should appeal.

I'm unable to file appeal papers because of the legal advisory system. I cannot prepare supporting memorandums properly with citations of relevant cases.

I need help resolving this issue or an order compelling the defendants to provide assistance required by Bounds v. Smith or move me to Louisiana Department of Corrections.

I have to write ex parte and all my pleading will have to be ex parte without help in resolving this matter.

Please help me resolve this matter or set a hearing into the matter

Respectfully
David Jacobson

cc: Sally Shushane
Magistrate Judge

David Jacobson
3000 Perdido
New Orleans, LA 70119

Honorable Sally Shushanie
United States District Court
500 Poydras St.
New Orleans, LA 70130