**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID JACOBSON #558909** | **CIVIL ACTION** |
| **VERSUS** | **NO.  09-3695** |
| **MARLIN GUSMAN, ET AL.** | **SECTION "B" (1)** |

## ORDER TO THE SECRETARY OF THE LOUISIANA
## DEPARTMENT OF CORRECTIONS

**DAVID JACOBSON**, **DOC #558909**, is the plaintiff in the above captioned <u>in forma pauperis</u> action.  The Court has been informed that plaintiff has been transferred to the Elyan Hunt Correctional Center.  Prior to his transfer, no funds were deducted from his prisoner account toward payment of the $350 filing fee in this matter.  Accordingly,

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), the Secretary of the Louisiana Department of Corrections or his designee shall withhold 20 percent of the preceding month's income credited to the plaintiff's prisoner account and forward payments to the Clerk of Court when the balance in the account exceeds $10.  This order shall continue until the full balance of $350 is collected from plaintiff's prisoner account or the plaintiff is transferred or released from DOC custody.  The payments are to be forwarded to the Clerk of Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130.  Each payment shall bear the plaintiff's name and the above civil action number.

**IT IS FURTHER ORDERED** that, if plaintiff is transferred to a non-DOC facility or is released from custody, the Secretary or his designee shall notify the Court of plaintiff's new facility or forwarding address within 30 days of plaintiff's transfer or release.

New Orleans, Louisiana, this nineteenth day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

**Clerk to Record Change**
**of Address and to Serve:**

**FINANCIAL**

Secretary of the Louisiana Department of
Public Safety and Corrections
**ATTN:  INMATE BANKING**
P. O. Box 94304
Baton Rouge, LA  70804-9304