# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID JACOBSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3695** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "B"(1)** |

## ORDER

**IT IS ORDERED** that a private telephone conference be held with plaintiff and a representative (or representatives) of the Tulane University Civil Litigation Clinic participating. The Court and the defendants will not participate in the conference. The purpose of the conference is to determine whether plaintiff is interested in being represented by the Clinic in this matter and, if so, whether plaintiff and the Clinic staff can reach an agreement regarding the parameters of such representation. If plaintiff and the Clinic staff can reach such an agreement, the Court will consider appointing counsel for plaintiff in this case.

Accordingly, a representative of the Tulane University Civil Litigation Clinic will place a telephone call to plaintiff on **May 20, 2010, at 2:00 p.m.** The Warden of the C. Paul Phelps Correctional Center is **ORDERED** have **David Jacobson, #558909**, made available at that time for a **private** telephone conference with Stacy Seicshnaydre and/or other representatives of the Tulane University Civil Litigation Clinic.

**The Clerk of Court is ORDERED to send notice of this Order by mail and by facsimile transmission to Warden, C. Paul Phelps Correctional Center, P.O. Box 1056, DeQuincy, LA 70633 (Fax: 337-786-4524).**

New Orleans, Louisiana, this fourteenth day of May, 2010.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE