UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID JACOBSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3695** |
| **MARLIN GUSMAN, ET AL.** | **SECTION:  "B"(1)** |

### ORDER

Having determined that appointment of counsel is warranted in this matter,

**IT IS ORDERED** that the Tulane University Civil Litigation Clinic is appointed to represent plaintiff.  A representative of the Clinic shall file a motion to enroll within fourteen days.

New Orleans, Louisiana, this twentieth day of May, 2010.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY PLAINTIFF,**
**ALL COUNSEL, AND**

**STACY SEICSHNAYDRE**
**TULANE UNIVERSITY CIVIL LITIGATION CLINIC**
**6329 FRERET STREET**
**NEW ORLEANS, LA  70118**
**sseicshn@tulane.edu**