UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID JACOBSON | CIVIL ACTION NO. 09-3695 |
| | DIVISION "B" |
| VERSUS | JUDGE IVAN L. R. LEMELLE |
| | |
| MARLIN N. GUSMAN, ET AL | MAGISTRATE (1) |
| | JUDGE SALLY SHUSHAN |

*************************************************************************

### **ORDER**

CONSIDERING THE ABOVE AND FOREGOING,

    IT IS HEREBY ORDERED THAT defendant, Marlin N. Gusman, SHERIFF OF ORLEANS PARISH, be and he is hereby granted an additional twenty (20) days within which to respond to plaintiff's discovery propounded on June 17, 2010.

NEW ORLEANS, LOUISIANA this  22nd  day of     June     , 2010.



United States Magistrate Judge